# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GARY ALLAN SCHLAKE,**

    Petitioner,

v.                                     **CASE NO. 5:17cv150-MCR-CJK**

**BLACKMON, WARDEN,**
**FCI MARIANNA,**

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 17, 2018. ECF No. 18. Petitioner has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 13, is GRANTED and the petition, ECF No. 1, and amended petition, ECF No. 5, for writ of habeas corpus filed under 28 U.S.C. § 2241 are DISMISSED WITH PREJUDICE for lack of jurisdiction, as petitioner has not demonstrated entitlement to proceed under § 2241.

3. The clerk of court shall close the file.

**DONE AND ORDERED** this 15th day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**